# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

### FIRST AMENDMENT TO THE HEARING SESSION ORDER
### AND ATTACHED SCHEDULE FILED FEBRUARY 16, 2024

IT IS ORDERED that the Notice of Hearing Session and Hearing Session Order for the hearing session on March 28, 2024, in Charleston, South Carolina, filed by the Judicial Panel on Multidistrict Litigation on February 16, 2024, are amended to update the following:

LOCATION OF HEARING SESSION:   J. Waties Waring Judicial Center[1]
Hon. Sol Blatt Jr. Courtroom, # 3 – 2nd Floor
83 Meeting Street
Charleston, South Carolina 29401

TIME OF HEARING SESSION:   In those matters designated for oral argument, counsel presenting oral argument must be present **at 8:00 a.m.** in order for the Panel to allocate the amount of time for oral argument.  Oral argument will commence at **9:30 a.m.**

Attorneys wishing to bring in their mobile devices must present their bar identification cards upon entry to the courthouse.  Other attendees will not be allowed to bring in mobile devices.

FOR THE PANEL:

*Tiffaney D. Pete*

Tiffaney D. Pete
Clerk of the Panel

cc: Clerk, United States District for the District of South Carolina

---

[1] Please note this change from the Panel's February 16, 2024, order.